# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., infoUSA, Inc., and infoUSA Marketing, Inc., Delaware corporations,<br><br>        Plaintiffs,<br><br>    v.<br><br>DATABASELLC d/b/a Database101.com, d/b/a InfoFree.com, and d/b/a AtoZ Databases, a Nevada limited-liability company, VINOD GUPTA, BLAKE VAN GILDER, JASON DAILEY, MARK PULJAN, JON McCORMICK, and JOHN DOES 1-20,<br><br>        Defendants. | Civil Action No.: 8:14-cv-49<br><br><br>**INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs, Infogroup, Inc., infoUSA, Inc., and infoUSA Marketing, Inc. (collectively, "Plaintiffs"), pursuant to NECivR 7.1(a)(2), respectfully submit the following evidence in support of their Motion for Preliminary Injunction:

1. Declaration of Amit Khanna, including the following Exhibits attached thereto:

   a. Exhibit A: United States Patent and Trademark Office ("USPTO") Certificate of Registration for INFOUSA;

   b. Exhibit B: USPTO Certificate of Registration for REFERENCEUSA;

   c. Exhibit C: USPTO Certificate of Registration for SALES GENIE;

   d. Exhibit D: USPTO Certificate of Registration for SALESGENIE.COM;

e. Exhibit E: USPTO Certificate of Registration for SALESGENIE;

f. Exhibit F: USPTO Certificate of Registration for CREDIT.NET;

g. Exhibit G: USPTO Certificate of Registration for INFOUSA.COM;

h. Exhibit H: USPTO Certificate of Registration for INFOUSA.COM;

i. Exhibit I: USPTO Certificate of Registration for INFOGROUP;

j. Exhibit J: USPTO Certificate of Registration for INFOGROUP;

k. Exhibit K: Screen Capture of Data Seed Listing from AtoZdatabases.com;

l. Exhibit L: Screen Capture of July 11, 2013 Press Release from PRWeb.com;

m. Exhibit M: Screen Capture of Press Release from Infofree.com;

n. Exhibit N: Screen Capture of Press Release from Infofree.com;

o. Exhibit O: Screen Capture of Press Release from Infofree.com;

p. Exhibit P: January 2014 Mail Solicitation from Vinod Gupta to Jay Huling;

q. Exhibit Q: Screen Capture of January 17, 2013 Customer Post on Infofree.com; and

r. Exhibit R: March 20, 2013 Email Conversation Between Customer and Pam Quick.

s. Exhibit S: March 19, 2012 Settlement Agreement and Full Mutual Release Agreement

Dated this 24th day of February, 2014.      Respectfully Submitted

                   By:   /s/ Douglas W. Peters
                           John P. Passarelli #16018
                           Douglas W. Peters #23782
                           Matthew S. Noren #24955
                           Kutak Rock LLP
                           The Omaha Building
                           1650 Farnam Street
                           Omaha, NE 68102 2186
                           (402) 346 6000
                           John.Passarelli@KutakRock.com
                           Douglas.Peters@KutakRock.com
                           Matthew.Noren@KutakRock.com

                           *Attorneys for Plaintiffs:*

                           INFOGROUP, INC., infoUSA, Inc., and infoUSA Marketing, Inc.

## CERTIFICATE OF SERVICE

      I herby certify that on February 25, 2014, the foregoing **INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was hand-delivered to an officer, a managing agent or general agent, or any other agent authorized by appointment or by law to receive service of process for Defendant DatabaseLLC at the following address:

    DatabaseLLC
    d/b/a Database101.com
    d/b/a InfoFree.com
    d/b/a AtoZ Databases
    11211 John Galt Blvd.
    Omaha, NE  68137


                                          By s/ Douglas W. Peters