IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., infoUSA, Inc., and infoUSA Marketing, Inc., Delaware corporations,<br><br>Plaintiffs,<br><br>vs.<br><br>DATABASEUSA.COM LLC d/b/a Database101.com, d/b/a InfoFree.com, and d/b/a AtoZ Databases, a Nevada limited-liability company, VINOD GUPTA, BLAKE VAN GILDER, JASON DAILEY, MARK PULJAN, JON McCORMICK, and JOHN DOES 1-20,<br><br>Defendants. | CASE NO. 8:14CV49<br><br>**DEFENDANTS' FIRST INDEX OF EVIDENCE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

COME NOW the Defendants, by and through their undersigned attorneys, and hereby submit the following evidence in opposition to Plaintiffs' Motion for Preliminary Injunction:

Exhibit 1:    Declaration of Jon McCormick

Exhibit 2:    Declaration of Blake Van Gilder

Exhibit 3:    Declaration of Jason Dailey

Exhibit 4:    Declaration of Mark Puljan

Exhibit 5:    Deposition of Amit Khanna, Volume I, with Exhibits 1-9

Exhibits 1 - 5 do not contain confidential information, and are therefore being filed as part of the public record in this action.

Pursuant to the Stipulated Protective Order in this action, Defendants will submit a Second Index of Evidence with "restricted access," because those exhibits contain information that the Defendants have designed as "Highly Confidential - Attorneys Eyes Only."

Dated this 7th day of May, 2014.

Respectfully submitted,

DATABASEUSA.COM LLC d/b/a Database101.com, d/b/a InfoFree.com, and d/b/a AtoZ Databases, a Nevada limited-liability company, VINOD GUPTA, BLAKE VAN GILDER, JASON DAILEY, MARK PULJAN, and JON McCORMICK, Defendants

BY: /s/ Mark C. Laughlin
Mark C. Laughlin, #19712
Patrick S. Cooper, #22399
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
mlaughlin@fraserstryker.com
pcooper@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of May, 2014, the above document was filed electronically via the Court's CM/ECF system, which sent electronic notification of such filing to the following:

John Passarelli
Doug Peters
KUTAK ROCK
1650 Farnam Street
Omaha, NE 68102

Ari N. Rothman
Venable LLP
575 7th Street, NW
Washington, DC 20004

/s/ Mark C. Laughlin

1145972