IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., et al., | |
| Plaintiffs, | 8:14-CV-49 |
| vs. | ORDER |
| DatabaseLLC, et al., | |
| Defendants. | |

This matter is before the Court on the defendants' unopposed oral motion to continue the hearing on the plaintiffs' Motion for Preliminary Injunction (filing 12). The motion will be granted.

IT IS ORDERED:

1. The defendants' motion to continue is granted.

2. A hearing on the plaintiffs' motion is scheduled for June 20, 2014, to commence at 9:30 a.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. The hearing previously scheduled for May 30, 2014, is canceled.

4. The parties shall deliver to the Court, on or before 5 p.m. on June 16, 2014, copies of any *additional* exhibits to be presented at the June 20 hearing. The exhibits shall be in a three-ring binder organized for use by dividers or tabs. The parties need not include the exhibits already provided to the Court in contemplation of the May 30, 2014, hearing.

Dated this 29th day of May, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge
