IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation;<br><br>      Plaintiffs,<br><br> vs.<br><br>DATABASELLC, a Nevada limited-liability company; VINOD GUPTA, BLAKE VAN GILDER, JASON DAILEY, MARK PULJAN, JON MCCORMICK, JOHN DOES, 1-20; and DATABASEUSA.COM LLC, a Nevada limited-liability company;<br><br>      Defendants. | **8:14CV49**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Matthew S. Noren to withdraw as counsel on behalf of Plaintiffs InfoGroup, Inc., infoUSA, Inc., and infoUSA Marketing, Inc., (filing no. 70), is granted.

Dated this 24th day of September, 2014.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge