What is LinkedIn? Join Today Sign In



# Tiffany Haire, SPHR, SHRM-SCP

**500+ connections**

Recruiting Real-Time Talent to Grow the Infogroup Team

Dallas, Texas | Information Services

| | |
|---|---|
| Current | Infogroup |
| Previous | Texas Capital Bank, Bank of Texas |
| Education | Human Resources Certification Institute |
| Recommendations | 2 people have recommended **Tiffany** |

## Join LinkedIn and access Tiffany's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact **Tiffany** directly

[View Tiffany's Full Profile]

🌐 View this profile in another language ▼

**Search by name**

Over 300 million professionals are already on LinkedIn. Find who you know.

[First Name] [Last Name] 🔍

**Example:** Jeff Weiner

**Grow Your Career By Following**
**Infogroup**

You | Infogroup

**Patrick**, get the latest on Infogroup Jobs, News & more!

[Follow]

## Experience

### Senior Corporate Recruiter
Infogroup
January 2015 – Present (4 months) | Dallas



Infogroup is the leading provider of innovative business and consumer data solutions for businesses across the United States. You probably see our data every day without even realizing it.

☐ We proudly power and verify the world's top internet search engines
☐ We contact over 100,000 businesses every day to verify our quality information
☐ Provide Point of Interest data to the leading in-car navigation systems in North America
☐ Work with 85 of the Fortune 100 companies helping them successfully target and engage their customers using our high-value data

### Corporate Recruiter
Texas Capital Bank
October 2005 – August 2014 (8 years 11 months) | Dallas/Fort Worth Area



### Human Resources Coordinator
Bank of Texas
May 2004 – February 2005 (10 months) | Dallas/Fort Worth Area




EXHIBIT B

## Skills

| Recruiting | Human Resources | Onboarding | Benefits Administration |
| Temporary Placement | HRIS | Banking | FMLA | Deferred Compensation |
| Applicant Tracking... | Employee Relations | Employee Benefits |
| Executive Search | Vendor Management | Performance Management | See 4+ |

## Education

### Human Resources Certification Institute

SPHR Certification, Human Resources Management/Personnel Administration, General, Certified since 2010
2010

HRCI certification is the highest standard in the world for HR and Recruiting Professionals.

Becoming SPHR certified validates my professional expertise in the areas of recruiting, employee retention, employment law, and HR operations.

### Richland Community College

A.A.S., Business Administration

## Groups

   

**SHRM (Society for H...**    **HRCI Pre-Approved ...**    **Human Resources P...**    **iCIMS**

**Greater Dallas Area ...**

## View Tiffany's full profile to...

- See who you know in common
- Get introduced
- Contact **Tiffany** directly

[ View Tiffany's Full Profile ]

Not the Tiffany Haire, SPHR, SHRM-SCP you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Guest Controls