IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., et al., | |
| Plaintiffs, | 8:14-CV-49 |
| vs. | ORDER |
| DatabaseLLC, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion for Dismissal Without Prejudice of Defendant Blake Van Gilder (filing 128). The motion will be granted.

IT IS ORDERED:

1.   The Stipulated Motion for Dismissal Without Prejudice of Defendant Blake Van Gilder (filing 128) is granted.

2.   All claims asserted between the plaintiffs and Blake Van Gilder are dismissed without prejudice.

3.   The parties shall bear their own costs and fees with respect to those claims.

4.   Blake Van Gilder is terminated as a party to this case.

Dated this 14th day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge