IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., AND Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation;<br><br>               Plaintiffs,<br><br>  vs.<br><br>DATABASE LLC, a Nevada limited-liability company; VINOD GUPTA, BLAKE VAN GILDER, JASON DAILEY, MARK PULJAN, JON MCCORMICK, JOHN DOES, AND 1-20; and DATABASE USA.COM LLC, a Nevada limited-liability company;<br><br>               Defendants. | **8:14CV49**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Ari N. Rothman to withdraw as counsel on behalf of Plaintiffs InfoGroup, Inc., infoUSA, Inc., and infoUSA Marketing, Inc, (filing no. 158), is granted.

October 22, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge