IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., AND Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation;<br><br>    Plaintiffs,<br><br>  vs.<br><br>VINOD GUPTA, JASON DAILEY, MARK PULJAN, JON MCCORMICK, JOHN DOES, AND 1-20; and DATABASEUSA.COM LLC, a Nevada limited-liability company;<br><br>    Defendants. | **8:14CV49**<br><br>**ORDER** |

On November 23, 2015 Mark C. Laughlin, Patrick S. Cooper, and Fraser Stryker PC LLO moved to withdraw as counsel for Defendants Jason Dailey, Database LLC, DatabaseUSA.com LLC, John Does, Vinod Gupta, Jon McCormick, Mark Puljan, Blake Van Gilder, Counter Claimant DatabaseUSA.com LLC. (Filing No. 170). David A. Domina has filed Notice of Appearance and will represent the named Defendants going forward. (Filing No. 168).

Accordingly, IT IS ORDERED:

1) The motion to withdraw filed by Mark C. Laughlin, as counsel of record for Defendants Jason Dailey, DatabaseUSA.com LLC, Vinod Gupta, Jon McCormick, Mark Puljan, Blake Van Gilder, Counter Claimant DatabaseUSA.com LLC (filing No. 170), is granted.

Dated this 24th day of November, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge