IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., AND Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>DATABASE LLC, a Nevada limited-liability company; VINOD GUPTA, BLAKE VAN GILDER, JASON DAILEY, MARK PULJAN, JON MCCORMICK, JOHN DOES, AND 1-20; and DATABASEUSA.COM LLC, a Nevada limited-liability company;<br><br>Defendants. | 8:14CV49<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Defendants' motion for summary judgment on threshold issues of law which may impact the scope of this case and its discovery processes shall be filed on or before December 23, 2015. A response and any reply shall be filed in accordance with the deadlines set by the court's local rules.

2) Defendants motion to extend deadlines, (Filing No. 169), is granted. The parties shall confer and on or before December 23, 2015, they shall submit their joint (or respective) proposed amended progression schedule for the court's consideration.

December 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge