IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., et al., | |
| Plaintiffs, | 8:14-CV-49 |
| vs. | MEMORANDUM AND ORDER |
| DatabaseLLC, et al., | |
| Defendants. | |

This matter is before the Court on defendant Vinod Gupta's objection (filing 216) to the Magistrate Judge's order (filing 214) denying his motion to disqualify plaintiffs' counsel. The objection will be overruled.

A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See,* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. U.S.*, 484 F.3d 1068 (8th Cir. 2007). Having reviewed the record, the Court finds that the Magistrate Judge's order was neither clearly erroneous nor contrary to law. Accordingly,

IT IS ORDERED that the defendant's objection (filing 216) is overruled.

Dated this 28th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge