IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., AND Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation;<br><br>           Plaintiffs,<br><br>  vs.<br><br>VINOD GUPTA, AND DATABASEUSA.COM LLC, a Nevada limited-liability company;<br><br>           Defendants. | 8:14CV49<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Case progression is stayed pending further order of the court.

2) Within ten (10) days after the court rules on the pending motion to dismiss and motion for summary judgment, the parties shall contact the undersigned magistrate judge's chambers to schedule a case progression conference.

August 18, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge