IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation; <br><br> Plaintiffs, <br><br> vs. <br><br> VINOD GUPTA, and DATABASEUSA.COM LLC, a Nevada limited-liability company; <br><br> Defendants. | **8:14CV49** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The stay is proceedings is lifted.

2) Plaintiffs' amended complaint shall be filed on or before March 10, 2017. Defendants' answer or response shall be filed on or before March 30, 2017.

3) The parties' proposed order for further progression of this case shall be submitted to the court on or before March 20, 2017.

4) Infogroup shall submit its Revised Narrowing and Clarification of Discovery Requests to Defendants by March 6, 2017, and Defendants shall advise Infogroup of objections to that discovery by March 30, 2017. If Defendants are not asserting any objections to Plaintiffs' discovery, Defendants' discovery responses shall be served by April 21, 2017.

March 2, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge