IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; et. al; <br><br> Plaintiffs, <br><br> vs. <br><br> DATABASELLC, a Nevada limited-liability company; et. al; <br><br> Defendants. | **8:14CV49** <br><br> **ORDER** |

IT IS ORDERED:

1) Defendants' motion to withdraw, (Filing No. 278), is granted, and their motions, (Filing Nos. 241 and 256), are withdrawn without prejudice to re-filing, if required, after the parties have further attempted to resolve their discovery and protective order disputes without court intervention.

2) Defendants' motion to restrict, (Filing No. 257), is granted.

3) Defendants' motion for protective order, (Filing No. 262), was addressed in the court's prior order, (Filing No. 272, ¶ 1), and it is likely fully resolved. Filing No. 262 is therefore denied, but without prejudice to re-filing if some of the issues raised are not moot and, after counsel's further attempts to resolve those ongoing issues, they cannot be resolved without court intervention.

4) A telephonic conference with the undersigned magistrate judge will be held on October 25, 2017 at 1:30 p.m. to discuss further case progression. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 137), to participate in the call.

October 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge