IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation;  INFOUSA, INC., Delaware corporation; and  INFOUSA MARKETING, INC., Delaware corporation;<br><br>    Plaintiffs,<br><br>  vs.<br><br>DATABASELLC, a Nevada limited-liability company; VINOD GUPTA, BLAKE VAN GILDER, JASON DAILEY, MARK PULJAN, JON MCCORMICK, JOHN DOES, 1-20; and DATABASEUSA.COM LLC, a Nevada limited-liability company;<br><br>    Defendants. | **8:14CV49**<br><br><br>**ORDER** |

   This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

   The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

   November 15, 2017.

             BY THE COURT:
             *s/ Cheryl R. Zwart*
             United States Magistrate Judge