IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation;<br><br>  Plaintiffs,<br><br>vs.<br><br>VINOD GUPTA, and DATABASEUSA.COM LLC, a Nevada limited-liability company;<br><br>  Defendants. | 8:14CV49<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Motion to Compel. ([Filing No. 291](#).) The undersigned held a telephone conference with counsel of record on March 9, 2018, and the parties were able to resolve a number of issues raised in Plaintiffs' Motion to Compel. Thus, the Court will grant in part, and deny in part, Plaintiffs' Motion to Compel as set forth below. In the event the parties cannot resolve the remaining issues raised in Plaintiffs' motion, the parties may contact the Court to schedule another telephone conference regarding the issues raised in Plaintiffs' motion.

Accordingly,

**IT IS ORDERED** as follows:

1. The parties have resolved the discovery dispute as it relates to Interrogatory No. 4.

2. Defendants shall respond to Interrogatory No. 17 once the Attorneys Eyes Only ("AEO") provision within the Protective Order has been modified.

3. Defendants' counsel shall determine whether documents responsive to Request for Production No. 34 exist. If such documents exist, Defendants shall produce the documents following modification of the AEO provision within the Protective Order.

4. Defendants' counsel shall determine whether documents responsive to Request for Production No. 12 exist. If such documents exist, counsel shall meet and confer in an effort to resolve the dispute regarding this discovery request. Counsel shall meet and confer no later than March 23, 2018.

5. The parties shall meet and confer regarding Document Production Request Nos. 58, 64, and 65 and determine whether an agreement can be reached with respect to responses to these Requests. Counsel shall meet and confer regarding this matter no later than March 23, 2018.

6. The expert witness disclosure deadline is extended to April 20, 2018. Rebuttal experts shall be disclosed by May 4, 2018. Motions to compel expert discovery shall be filed by May 7, 2018. Expert depositions shall be completed by May 18, 2018.

Dated March 9, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge