IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation; INFOUSA, INC., Delaware corporation; and INFOUSA MARKETING, INC., Delaware corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>VINOD GUPTA, and DATABASEUSA.COM LLC, a Nevada limited-liability company;<br><br>Defendants. | **8:14CV49**<br><br>**ORDER** |

A telephone conference was held on May 1, 2018 regarding an ongoing discovery dispute. In accordance with the conversation during the conference,

**IT IS ORDERED:**

1. Counsel discussed a possible resolution of the issue concerning an AEO designation in the protective order. Counsel will again meet and confer regarding this issue in an effort to see if it can be resolved.

2. The parties shall produce the financial documents requested. The production is to be double-verified under oath by the responding party.

3. Defendants' counsel is going to confer with his clients regarding the existence of documents responsive to Request for Production No. 12. If such documents exist, they must be produced.

4. Defendants shall produce documents responsive to Request for Production No. 34 as discussed during the telephone conference.

5. Responsive documents shall be produced no later than 5:00 p.m. on May 4, 2018. Plaintiffs' counsel shall confer with her clients and provide potential dates for a Rule 30(b)(6) deposition by the close of business today.

Dated this 1st day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge