United States District Court
District of Nebraska

| | |
|---|---|
| INFOGROUP, INC.,<br>infoUSA, Inc., and<br>infoUSA Marketing, Inc.,<br>Delaware corporations,<br><br>      Plaintiffs,<br><br>  v.<br><br>DatabaseUSA.com LLC, et al,<br>A Nevada Limited Liability Company,<br>and Vinod Gupta,<br><br>      Defendants. | Case No. 8:14-cv-49<br>Hon. John M. Gerrard, J<br>Hon. Cheryl R. Zwart, MJ<br><br><br>**Defendants' Evidence Index in Support of Defendants' Brief in Opposition to Plaintiffs' Motion to Clarify or Add Defendants** |

| Exhibit | Description |
|---|---|
| 376-16 | Ryan Krieger Declaration 6/19/18 |
| 376-17 | Andrew Beile Declaration 6/27/18 |
| 402-1 | Declaration of Christian Williams 7/10/18 |
| 402-2 | NE Secretary of State DatabaseUSA.com LLC Corporation Search 7/10/18 |

                          DatabaseUSA.com LLC, et al. Defendants

                    By: /s/ David A. Domina
                        David A Domina, #11043
                        Domina Law Group pc llo
                        2425 So. 144th St. Omaha, NE 68144-3267
                        (402) 493-4100
                        ddomina@dominalaw.com
                        Defendants' Lawyer

## Certificate of Service

      I certify that on July 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record:

Gregory C. Scaglione, #19368
Elizabeth Hoffman, #25875
KOLEY JESSEN P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124-1079
Greg.Scaglione@koleyjessen.com
Elizabeth.hoffman@koleyjessen.com

          */s/ David A. Domina*

2