United States District Court
District of Nebraska

| | |
|---|---|
| INFOGROUP, INC., infoUSA, Inc., and infoUSA Marketing, Inc., Delaware corporations,<br><br>Plaintiffs,<br><br>v.<br><br>DatabaseUSA.com LLC, et al,<br>A Nevada Limited Liability Company, and Vinod Gupta,<br><br>Defendants. | Case No. 8:14-cv-49<br>Hon. John M. Gerrard, J<br>Hon. Susan Bazis, MJ<br><br><br>Declaration of Christian Williams |

I, Christian Williams, declare under penalty of perjury, pursuant to 28 USC § 1746 that the following statements are true:

1. My name is Christian Williams. I have personal knowledge of all facts recited in this Declaration and I am competent to testify about these facts.

2. On July 10, 2018 I searched for and obtained true, accurate and genuine copies of the following documents from the Nebraska Secretary of State's website, https://www.nebraska.gov/sos/corp/corpsearch.cgi.

    2.1. Search result for the Nebraska Secretary of State's website DatabaseUSA.com, LLC.

3. I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Omaha, State of Nebraska on July 10, 2018

_____
Christian Williams