# DATABASEUSA.COM LLC

Tue Jul 10 14:32:05 2018

**SOS Account Number**
10182989

**Status**
Active

**Principal Office Address**
9017 GREENSBORO LANE
LAS VEGAS, NV 89134

**Registered Agent and Office Address**
PAUL E. NIETZEL
11144 MOCKINGBIRD DRIVE
OMAHA, NE 68137

**Nature of Business**
Not Available

**Entity Type**
Foreign LLC
Qualifying State: NV

**Date Filed**
Oct 10 2013

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

|   | Code | Document | Date Filed | Price |
|---|------|----------|------------|-------|
| ☐ | FCA | Certificate of Authority | Oct 10 2013 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | BR | Biennial Report | Mar 27 2015 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | BR | Biennial Report | Mar 30 2017 | $0.45 = 1 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**

This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

⬆ Back to Top