IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DatabaseUSA.com LLC, a Nevada limited-liability company,<br><br>    Defendant and Counterclaimant,<br><br>and<br><br>    Vinod Gupta, Defendant. | 8:14-CV-49<br><br>ORDER |

IT IS ORDERED:

1. The Parties' Joint Motion and Stipulation Regarding Party Plaintiffs and Party Counterclaim Defendants (filing 428) is granted.

2. The Parties' Joint Motion and Stipulation Regarding Party Plaintiffs (filing 427) is denied as moot.

3. The Clerk of the Court is directed to terminate infoUSA, Inc. and infoUSA Marketing, Inc. as parties.

Dated this 6th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge