IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DatabaseUSA.com LLC, a Nevada limited-liability company, and Vinod Gupta,<br><br>Defendants. | 8:14-CV-49<br><br>JUDGMENT |

Pursuant to the jury's verdict (filing 464) and the accompanying finding of facts and conclusion of law, judgment is entered in favor of Infogroup, Inc. and against DatabaseUSA.com LLC in the amount of $43,600,000.00 and against Vinod Gupta in the amount of $10,000,000.00.

Dated this 29th day of August, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge