IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DatabaseUSA.com LLC, a Nevada limited-liability company, and Vinod Gupta,<br><br>Defendants. | 8:14-CV-49<br><br><br>ORDER |

This matter is before the Court on the parties' joint stipulation (filing 500) and request for entry of a briefing schedule with respect to Infogroup's motion for additional time to supplement its motion for attorneys fees (filing 488). The Court will grant that motion.

IT IS ORDERED:

1.  Infogroup's motion to extend (filing 488) is granted.

2.  The parties' joint stipulation (filing 500) is approved.

3.  Infogroup may supplement its motion for an award of attorney fees (filing 495) on or before September 24, 2018. DatabaseUSA may respond to Infogroup's motion on or before October 9, 2018. Infogroup may reply in support of its motion on or before October 16, 2018.

Dated this 21st day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge