IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>VINOD GUPTA and DATABASEUSA.COM LLC, a Nevada Limited Liability Company,<br><br>          Defendants. | **8:14CV49**<br><br>**TAXATION OF COSTS** |

    This matter is before the taxation clerk on Plaintiff Infogroup, Inc., a Delaware Corporation ("Plaintiff") Bill of Costs (Filing No. 486) seeking $8,956.89 in taxable costs from Defendants Vinod Gupta and DatabaseUSA.com LLC, a Nevada Limited Liability Company. ("Defendants"). Defendants filed an Objection (Filing No. 506) to the Bill of Costs and Plaintiff filed a Response (Filing No. 513) to the Objection.

    **1.**     **Printed or Electronically Recorded Transcripts**. Plaintiff seeks $5,803.44 in fees for printed or electronically recorded transcripts. Pursuant to the Bill of Costs Handbook ("Handbook"), the clerk will tax costs incurred in taking a deposition (printed or video recorded) that was reasonably necessary to the development of the case at the time the deposition was taken. The clerk will tax costs for the transcripts in the amount of $5,200.44.

    **2.**     **Witness Fees**. Plaintiff seeks $184.65 for witness fees. The clerk will tax costs for witness fees in the amount of $184.65.

    **3.**     **Fees for Service of Summons and Subpoena.** Plaintiff seeks $165.40 in fees for Service of Process. Pursuant to the Handbook, fees paid to special process servers are not taxable costs. The clerk will not tax costs in the amount of $165.40.

    **4.**     **Photocopy Charges**. Plaintiff seeks $1,507.40 in photocopy charges. Pursuant to the Handbook, routine copy expenses are not taxable. The clerk will tax costs in the amount of $407.40.

5. **Filing Fees.** Plaintiff seeks $596.00 for filing fees. The clerk will tax costs for the filing fee in the amount of $400.00.

6. **Trial Technology.** Plaintiff seeks $700.00 in fees for exemplification, which includes copying exhibits and the creation of demonstrative exhibits. Pursuant to the Handbook, fees for exemplification generally will not be taxed absent a prior order from the court authorizing taxation of those costs. Plaintiff does not set forth that they sought and received prior authorization from the court. Therefore, the clerk will not tax the trial technology costs.

7. **Costs Taxed**. The clerk finds the following costs will be taxed against Defendants.

| Category of Costs | Amount |
| --- | ---: |
| Fees of the Clerk | $400.00 |
| Printed or Electronically Recorded Transcripts | $5,200.44 |
| Fees and Disbursements for Printing | $407.40 |
| Witness Fees | $184.65 |
| **Total Costs Awarded** | **$6,192.49** |

5. Pursuant to the Handbook, within seven days after the clerk taxes costs, a party may file a motion for review of the clerk's taxation. Unless otherwise ordered by the presiding judge, any motion requesting a review of the clerk's taxation and any accompanying brief, supporting evidence, and any response shall be filed in accordance with NECivR 7.1.

Dated this 25th day of October, 2018.

OFFICE OF THE CLERK:

*s/ Jennifer Stone*
Deputy Clerk