IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., Delaware corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>DatabaseUSA.com LLC, a Nevada limited-liability company, and Vinod Gupta,<br><br>               Defendants. | 8:14-CV-49<br><br>AMENDED JUDGMENT |

Pursuant to the accompanying Memorandum and Order:

1. Judgment is entered in favor of Infogroup, Inc. and against DatabaseUSA.com LLC in the amount of $11,200,000.00 and in favor of Infogroup, Inc. and against Vinod Gupta in the amount of $10,000,000.00.

2. Vinod Gupta and DatabaseUSA.com LLC are permanently enjoined from using Infogroup's Marks—INFOUSA (Reg. No. 2147134), REFERENCEUSA (Reg. No. 2507419), and SALESGENIE.COM (Reg. No. 3388763)—in a manner that is likely to cause confusion, mistake, or deception as to the source, origin, affiliation, approval, or sponsorship of DatabaseUSA's products; making false or misleading statements of fact about the nature, quality, or characteristics of its own products; and engaging in unfair competition.

3.  Neither Vinod Gupta nor DatabaseUSA.com LLC may use Infogroup's Marks when describing Gupta's experience or qualifications in marketing materials for DatabaseUSA or any of its associated businesses.

Dated this 18th day of December, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge