# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DatabaseUSA.com LLC, a Nevada Limited Liability Company, and Vinod Gupta,<br><br>Defendants. | Civil Action No. 8:14-cv-00049<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants DatabaseUSA.com LLC and Vinod Gupta (collectively, "Defendants"), hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment entered in this case on August 29, 2018 (Doc. No. 467), the Amended Judgment entered on December 18, 2018 (Doc. No. 534), and any and all orders that adversely affected Defendants and the judgment and amended judgment, whether made prior to, during, or after trial, including but not limited to the following orders: (1) Doc. No. 88; (2) Doc. No. 140; (3) Doc. No. 214; (4) Doc. No. 219; (5) Doc. No. 222; (6) Doc. No. 223; (7) Doc. No. 250; (8) Doc. No. 272; (9) Doc. No. 313; (10) Doc. No. 319; (11) Doc. No. 343; (12) Doc. No. 399; (13) Doc. No. 400; (14) Doc. No. 403; (15) Doc. No. 413; (16) Doc. No. 426; (17) Doc. No. 443; (18) Doc. No. 462; (19) Doc. No. 466; (20) Doc. No. 472; (21) Doc. No. 491; (22) Doc. No. 533; (23) Doc. No. 534; and (24) Doc. No. 535.

Dated: December 20, 2018                Respectfully Submitted,

By: */s/Anne M. Lockner*

David A. Domina (#11043)
**DOMINALAW Group pc llo**
2425 South 114th Street
Omaha, NE 68144-3267
(402) 493-4100
ddomina@dominalaw.com

Anne M. Lockner (*Pro Hac Vice*)
William E. Manske (*Pro Hac Vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
(612) 349-8500
alockner@robinskaplan.com
wmanske@robinskaplan.com

***Attorneys for Defendants***

89457651.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018 the foregoing:

### Notice of Appeal

was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

> Gregory C. Scaglione
> Elizabeth A. Hoffman
> KOLEY JESSEN P.C., L.L.O.
> 1125 South 103rd Street, Suite 800
> Omaha, NE 68124-1079
> Greg.Scaglione@koleyjessen.com
> Elizabeth.Hoffman@koleyjessen.com

By: */s/Anne M. Lockner*