IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Infogroup, Inc., a Delaware corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>DatabaseUSA.com LLC, a Nevada Limited Liability Company, and Vinod Gupta,<br><br>   Defendants. | 8:14-CV-49<br><br>ORDER |

IT IS ORDERED:

1. The Court's Memorandum and Order of December 17, 2018 ([filing 532](#)) shall remain in effect through January 9, 2019 as to Vinod Gupta.

2. If the parties cannot finalize a letter of credit by January 9, 2019, the stay against Gupta only will be extended for a reasonable amount of time to do so under the same terms as set forth in [filing 532](#).

3. After January 9, 2019, Infogroup shall provide Gupta's counsel with three business days' notice before taking any steps to execute on the judgment against Gupta.

4. Execution on the judgment against DatabaseUSA.com LLC is not affected by this order.

Dated this 31st day of December, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge