IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| Infogroup, Inc., a Delaware corporation, | 8:14-CV-49 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DatabaseUSA.com LLC, a Nevada Limited Liability Company, and Vinod Gupta, | |
| Defendants. | |

IT IS ORDERED:

1. The parties' stipulation (filing 545) is approved.

2. In lieu of the supersedeas bond as provided for by Fed. R. Civ. P. 62(b) and Fed. R. App. P. 8(a), Vinod Gupta shall provide a Letter of Credit for the benefit of Infogroup, Inc., in the amount and with the terms to which the parties have stipulated.

3. The Letter of Credit shall be held for the benefit of Infogroup, Inc., under the terms to which the parties have stipulated.

4. The provision of this Letter of Credit shall have the same effect in all respects as the posting of the supersedeas bond as provided for by Fed. R. Civ. P. 62(b) and Fed. R. App. P. 8(a).

Dated this 11th day of January, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge