IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VINOD GUPTA, et al, ) <br> ) <br> Defendants. ) <br> ) | Case No: 8:14cv49 <br><br> **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

All exhibits from Preliminary Injunction hearing held June 20, 2014 and
All exhibits from Jury Trial held August 13-21, 2018

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 14th day of December, 2023.

BY THE COURT:

s/ John M. Gerrard
Senior United States District Judge